IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **GLOBALFAB, L.L.C., et al** | § § § § | |
| vs. | § | **CASE NO. 6:10-CV-139** |
| | § § § | |
| **ALLEN GALYEAN, et al** | § § § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

So ORDERED and SIGNED this 29th day of April, 2010.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE